UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD LAY (110315)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 11-483-BAJ-CN

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 18, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that this action is dismissed, without prejudice, for failure of plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, September 30, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA